IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 3:07cr118TSL-JCS

WILLIAM RYENE NESBITT

## ORDER OF DISMISSAL
## COUNTS 1, 2 AND 4

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1, 2, and 4 of the Criminal Indictment against the defendant, WILLIAM RYENE NESBITT, without prejudice.

DUNN LAMPTON
United States Attorney

 s/ *Charles B. Irvin*
By:   Charles B. Irvin
      Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1,2 and 4.

ORDERED this 9th day of May, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE